UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHEENA SCHLYTTER,

        Plaintiff,

    v.

ALLIED INTERSTATE, INC.,

        Defendants.

    NO. CIV. S-09-0905 FCD JFM

    ORDER TO SHOW CAUSE

----oo0oo----

    An Order Requiring a Joint Status Report was filed on April 2, 2009 requiring that a joint status report should be filed within sixty (60) days of service of the complaint on any party, or from the date of removal. A review of the court's docket shows that an answer to the complaint was filed on May 11, 2009. However, it does not show that a joint status report has been filed. On July 14, 2009, a minute order was issued requiring that a Joint Status Report was to be filed on or before August 14, 2009, with all parties participating. The parties were reminded that a failure to file a joint status report in a timely manner may result in the imposition of sanctions.

    The Court considers counsels' failure to comply with its April 2, 2009 order and its July 14, 2009 minute order serious violations.

1 The court, therefore, makes the following order:

2 1. Mr. George Martin, III, Mr. Nicholas Bontrager and Mr. David Kaminski are ordered to show cause why they should not be sanctioned in the amount of $150.00 each for failing to comply with the court's April 2, 2009, order and the court's July 14, 2009 minute order.

2. Counsel shall file a response to the Order to Show Cause on or before October 9, 2009.

3. A hearing on the order to show cause and a status conference are set for October 16, 2009 at 10:00 A.M.

IT IS SO ORDERED.

DATED: September 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE